# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ROY PIPPIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-07-0982 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Director, TDCJ-ID, JOHN DOE, | § | |
| Warden, TDCJ-ID, Walls Unit, | § | |
| JOHN DOE, Executioner(s), TDCJ-ID, | § | |
| Walls Unit, RICK PERRY, Governor, | § | |
| State of Texas, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED
## *IN FORMA PAUPERIS*

Petitioner Roy Pippin is a death row inmate, currently in the custody of the Texas Department of Criminal Justice. He seeks leave to proceed *in forma pauperis* on his appeal of this Court's decision denying his request for injunctive relief, including a stay of execution. Pippin is scheduled for execution on March 29, 2007.

Pippin previously submitted a prisoner account statement showing that he has little money. The very small amount of money in his prisoner account will be exhausted paying his District Court filing fee. Pippin's statement demonstrates that he is financially unable to pay filing fees on his appeal.

Accordingly,

IT IS ORDERED THAT Pippin's Motion For Leave To Proceed *In Forma Pauperis* on appeal (Docket Entry 11) is **Granted.**

SIGNED on March 28, 2007, at Houston, Texas.

                                                Lee H. Rosenthal
                                      United States District Judge